AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID K. DEMERS,

        Plaintiff,

        v.

ERICA AUSTIN, ERICH LEAR, WARWICK M. BAYLY, and FRANCES MCSWEENEY,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-334-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' Motion for Summary Judgment (ECF No. 61) is GRANTED. Judgment in favor of Defendants on Plaintiff's First Amendment claims. Plaintiff's state law claims are dismissed without prejudice. File closed.

June 2, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer