UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID K. DEMERS,<br><br>    Plaintiff,<br><br>    v.<br><br>ERICA AUSTIN, ERICH LEAR, WARWICK M. BAYLY, and FRANCES McSWEENEY,<br><br>    Defendants. | No. 2:09-CV-0334-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 167. The parties declare that this matter has settled and now jointly move the Court to dismiss this matter with prejudice. Based on the agreement reached by the parties, the Court dismisses the above-captioned matter with prejudice and without costs or interest to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned matter is **DISMISSED** with prejudice and without costs or interest to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**DATED** this 3rd day of June 2015.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER OF DISMISSAL ~ 1**

q:\rhw\acivil\2009\demers\ord.dismiss.docx